| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

**MOTION & ORDER**
**FOR ADMISSION *PRO HAC VICE***

SEP 15 1999 HC

MICHAEL N. MILBY, CLERK OF COURT

| Division | Houston | Action Number | H-99-2182; H-99-2281; H-99-2439; H-99-2493; H-99-2606 |

CHUN v. EVANS SYSTEMS, INC., et al./In re Evans Systems Securities Litigation

United States Courts
Southern District of Texas
ENTERED
SEP 17 1999
Michael N. Milby, Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Meredith N. Landy, Esq. |
| Firm | Brobeck, Phleger & Harrison LLP |
| Street | Two Embarcadero Pl., 2200 Geng Road |
| City & Zip Code | Palo Alto, CA  94303 |
| Telephone | (650) 424-0160 |
| Licensed: State & Number | CA 136489 |
| Admitted US District Court for: | Central, Northern, and Southern Districts of California, 9th Circuit Court of Appeals |

Seeks to appear as the attorney for this party:

Evans Systems, Inc., Richard B. Dix, Jerriel L. Evans, Sr., and Richard A. Goeggel

Dated: 9/13/99   Signed: *Meredith N. Landy*

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on  Sept. 16, 1999.

*Nancy F. Atlas*
United States District Judge

SDTX AA-6 (8/98)

## CERTIFICATE OF SERVICE

    I, Marva D. Seaton, do hereby certify that on this 14th day of September, 1999, I caused to be served a copy of the foregoing document, by placing same in the U.S. Postal Service with correct postage attached to the following:

DAY, EDWARDS, FEDERMAN,
PROPESTER & CHRISTENSEN, P.C.
William B. Federman, Esq.
210 Park Avenue, #2900
Oklahoma City, OK  73102-5605
(405) 239-2121 PH
(405) 236-1012 FAX

CHITWOOD & HARLEY
Martin D. Chitwood, Esq.
Alan R. Perry, Jr., Esq.
Corey D. Holzer, Esq.
1230 Peachtree Street, N.E. #2900
Atlanta, GA  30309
(404) 873-3900 PH
(404) 876-4476 FAX

LAW OFFICES OF STEVEN E. CAULEY, P.A.
Steven E. Cauley, Esq.
Scott E. Poynter, Esq.
Gina M. Cothern, Esq.
2200 N. Rodney Parham Rd., Suite 218
Little Rock, AR  72212
(501) 312-8500 PH
(501) 312-8505 FAX

SHEPHERD & GELLER, LLC
Paul Geller, Esq.
7200 W. Camino Road, Suite 203
Boca Raton, FL  33433
(561) 750-3000 PH
(561) 750-3364 FAX

SPECTOR & ROSEMAN
Jeff Kodroff, Esq.
1818 Market Street, #2500
Philadelphia, PA  19103
(215) 496-0300 PH
(215) 496-6611 FAX

RUBIN & PECKEL
Joseph V. McBride, Esq.
275 Madison Avenue
New York, NY  10016
(212) 682-1818 PH
(212) 682-1802 FAX

KAPLAN, KILSHEIMER & FOX, LLP
Jonathan Levine, Esq.
685 Third Avenue, 26th Floor
New York, NY  10017

MILBERG, WEISS, BERSHAD, HYNES & LERACH, LLP
Darren Robbins, Esq.
600 W. Broadway, Suite 1800
San Diego, CA  92101

KIRBY McINERNEY & SQUIRE, LLP
Ira Press, Esq.
830 Third Avenue
New York, NY  10022

_/s/ Marva D. Seaton_
Marva D. Seaton