UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 31 2000
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: EVANS SYSTEMS, INC. | § | CONSOLIDATED |
| SECURITIES LITIGATION | § | CIVIL ACTION NO. H-99-2182 |

# FINAL DISMISSAL ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Doc. # 27] is **GRANTED** and these consolidated cases are **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL DISMISSAL ORDER**.

SIGNED this 31st day of May, 2000, at Houston, Texas.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1999\2182FJ   000531.1019

#39